L. Martin, Appellee, v. Estate of Ida Illinois Martin, Deceased, by Daisy Martin Spilman, Administratrix of Estate of Ida Illinois Martin, Deceased, Appellant. Myrtle E. Martin and Nellie O. Smith, Co-Administratrices of Estate of Ida Illinois Martin, Deceased, Appellees.

Gen. No. 9,279.

opinion filed April 14, 1941. Omer Poos, for appellant; Hill, Bullington & Vandever, for appellee. Opinion by JUSTICE RIESS. ''Not to be published in full.''